IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV223

| | | |
|---|---|---|
| JOE STANLEY BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration Health and Human | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the court upon the *pro se* Plaintiff's request for additional time to show cause why this action should not be dismissed for lack of prosecution. For good cause shown, Plaintiff is allowed until November 15, 2006 to explain to the court why he has failed to prosecute this lawsuit. Plaintiff indicated he has moved and did not receive the court's last Order in a timely fashion. The Plaintiff is responsible for contacting the Clerk's Office and notifying the court of any changes of address and is hereby directed to do so forthwith.

    IT IS SO ORDERED.

Signed: November 2, 2006

Graham C. Mullen
United States District Judge