IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV223

| | |
|---|---|
| JOE STANLEY BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon its own motion. On May 7, 2007, the magistrate issued an Order allowing the Plaintiff an extension of time until June 5, 207 to provide the court proof of service of process or waiver of service. The Plaintiff has failed to do so. Accordingly,

IT IS THEREFORE ORDERED that this matter is hereby dismissed pursuant to Federal Rule of Civil Procedure 4(m).

Signed: October 20, 2008

Graham C. Mullen
United States District Judge