# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Stanley Brown, Jr.,

    Plaintiff(s),

vs.

Commissioner of Social
Security Administration,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-CV-223

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/20/2008 Order.

Signed: October 20, 2008

Frank G. Johns, Clerk
United States District Court